COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

# NOT DESIGNATED FOR PUBLICATION

Leroy Wilson      DOC No. 578031
D.C.I. Unit 1, Dorm B
P O Box 788
Jackson La 70748

**REHEARING ACTION: July 19, 2017**

**Docket Number: 17   00089-KH**

**STATE OF LOUISIANA
VERSUS
LEROY WILSON
AKA L.W.**

**Writ Application from Cameron Parish Case No. 131263/131267, 131268/131269, 131271/131272**

**BEFORE JUDGES:**

  **Hon. John E. Conery
  Hon. D. Kent Savoie
  Hon. Van H. Kyzar**

As counsel of record in the captioned case, you are hereby notified that the ruling on

the application for rehearing filed by **Leroy Wilson** is:

  **REHEARING DENIED.**  Uniform Rules – Courts of Appeal, Rule 2-18.7.
  Conery, J., dissents.

cc: Jennifer Jones, Counsel for  the Respondent